UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK WILLIAMS,<br><br>                Petitioner,<br><br>    v.<br><br>B. W. PLUMLEY,<br><br>                Respondent. | No. 1:18-cv-00957-LJO-JLT (HC)<br><br>**ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL WITH LEAVE TO RENEW**<br><br>**(Doc. No. 13)** |

       Petitioner is a federal prisoner proceeding with an appeal to the Ninth Circuit Court of Appeals seeking in forma pauperis status on appeal.

       On July 30, 2018, this Court dismissed the petition for writ of habeas corpus. On August 13, 2018, Petitioner filed a notice of appeal to the Ninth Circuit Court of Appeals. On the same date, the District Court sent Petitioner a bill for the $505.00 appeal filing fee.

       On September 6, 2018, Petitioner filed an application to proceed in forma pauperis on appeal pursuant to Fed. R. App. P. 24(a). According to Rule 24(a)(1), a party desiring to proceed in forma pauperis on appeal "must attach an affidavit that: (A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs; (B) claims an entitlement to redress; and (C) states the issues that the party intends to appeal." Petitioner has failed to attach such affidavit. Instead, Petitioner directs the Court to Case No. 1:15-cv-1208-JLT in which he was permitted to proceed in forma pauperis. Petitioner

1

claims that because he was previously granted in forma pauperis status, he should be allowed to proceed in forma pauperis in this case as well. Petitioner's argument is not persuasive. Rule 24(a)(3) provides that a party who was permitted to proceed in forma pauperis in the subject action may proceed in forma pauperis on appeal without further authorization. However, Petitioner was not granted in forma pauperis status in this action. He was granted in forma pauperis status in a separate action. Although the Court may take judicial notice of other court proceedings, the case Petitioner cites was terminated nearly three years ago. That case is irrelevant to whether Petitioner currently can afford the costs of the appeal.

For the foregoing reasons, the motion is **DENIED** with leave to renew the motion with the required attachment.

IT IS SO ORDERED.

Dated: **September 7, 2018**        **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE